# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ERIC STRONG

    VS                                      CASE NO. 3:08cv402 MCR/MD

BREVARD ACHIEVEMENT CENTER, INC.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   September 9, 2009
Type of Motion/Pleading: MOTION TO STRIKE PLAINTIFF'S "RESPOND TO DISMISSAL MOTION" AS A SHAM
Filed by: Defendant     on 9/9/09     Document 45
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                    on          Doc.#
                                    on          Doc.#
WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 10th day of September, 2009, that:

(a) The requested relief is DENIED without prejudice.

(b) The motion is not accompanied by a memorandum, N.D. Fla. Loc. R. 7.1(A), and fails to provide citation to authorities in support of the motion. The court will, however, consider the arguments and supporting affidavits presented in the motion when ruling on defendant's second motion for sanctions.

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE