IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC STRONG,
        Plaintiff,

vs.                                         Case No. 3:08cv402/MCR/MD

BREVARD ACHIEVEMENT CENTER, INC.,
        Defendant.

## ORDER

On August 25, 2009, the court entered an order (doc. 44) staying the discovery and dispositive motion deadlines pending disposition of defendant's motion to dismiss for plaintiff's failure to attend his deposition. Pursuant to the court's September 14, 2009 order (doc. 50), the motion to dismiss was denied; however, defendant's request for a financial sanction was granted. Although the amount of the sanction has not yet been determined, defendant has advised that plaintiff's deposition was taken on October 7, 2009, and that discovery is now completed (doc. 52). Therefore, it is appropriate to lift the stay so that this case may proceed.

Accordingly, it is ORDERED:

1. The stay imposed by the court's August 25, 2009 order (doc. 44) is LIFTED.

2. The final scheduling order is modified to the following extent. **Discovery is closed as of today's date, October 15, 2009.** All deadlines (including the dispositive motion deadline) that are tied to the close of discovery are modified accordingly. The parties should refer to their joint report for these deadlines. (*See* Doc. 24).

DONE AND ORDERED this 15th day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:08cv402/MCR/MD*